FILED

08/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0027

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0027

CITY OF MISSOULA,

      Plaintiff and Appellee,

  v.

JODY LYNN POPE,

      Defendant and Appellant.

## GRANT

      Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 23, 2020, to prepare, file, and serve the Appellant's reply brief.

      No further extensions will be granted.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 18 2020